# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 17, 2019

### NO. 03-18-00228-CV

**Jeremie Gordon and Amber Arnold-Gordon, Appellants**

**v.**

**James B. Nickerson and Julia A. Nickerson, Trustees of the
Nickerson Revocable Living Trust, Appellees**

---

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE SMITH**

---

This is an appeal from the judgment signed by the trial court on February 21, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the trial court's order to delete the award of post-judgment interest. The Court affirms the judgment as modified. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.